UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>ALEX VILLANUEVA-GARCIA,<br>                    Defendant. | No. CR-11-107-WFN-9<br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY<br>☑   MOTION DENIED<br>       **(ECF No. 1013)** |

Date of bail review hearing: **July 17, 2012.**

Before the court is Defendant's Motion to Modify to allow travel. The United States objects to the post-plea Motion.

**IT IS ORDERED** Defendant's Motion to allow travel **(ECF No. 1013)** is **DENIED**.

DATED July 17, 2012.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1