UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.   CR-11-0107-WFN-9 |
| ) | |
| -vs- ) | ORDER MODIFYING |
| ) | RELEASE CONDITIONS |
| ALEX VILLANUEVA-GARCIA, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Modify Release Conditions (ECF No. 1429). Defendant hopes to go on a short trip to Seattle with his family prior to his report date. He represents that neither the Government nor his probation officer oppose travel to Seattle. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Modify Release Conditions, filed April 27, 2013, **ECF No. 1429,** is **GRANTED**. The Defendant shall discuss the trip with his probation officer prior to leaving and ensure that his probation officer is apprised of his itinerary. He shall follow his probation officers' instructions regarding the trip.

2. All conditions of supervised release **REMAIN AS SET**.

3. Defendant's Motion to Expedite, filed April 27, 2013, **ECF No. 1430**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel for the Government, counsel for the Defendant **AND TO** the United States Probation Office.

ORDER MODIFYING
RELEASE CONDITIONS - 1

1    **DATED** this 30th day of April, 2013.

2

3                                                    s/ Wm. Fremming Nielsen
                                                    WM. FREMMING NIELSEN
4    03-22-12                                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING
RELEASE CONDITIONS - 2